**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-00751 |
| | § | |
| JOHNSON YANG | § | |
| ERNA YANG | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>03/15/2012</u>. The undersigned trustee was appointed on <u>03/15/2012</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                              $2,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $30.93 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,969.07 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/15/2012 and the deadline for filing government claims was 10/15/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $500.00, for a total compensation of $500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $196.01, for total expenses of $196.01.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/25/2013                               By:   /s/ Donald F. Neiman
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1      Exhibit A

| Case No.: | 12-00751 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | YANG, JOHNSON AND YANG, ERNA | Date Filed (f) or Converted (c): | 03/15/2012 (f) |
| For the Period Ending: | 5/25/2013 | §341(a) Meeting Date: | 04/05/2012 |
| | | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  SURRENDER 1331 SE University Ave Unit #202 Waukee, IA 50263 | $100,000.00 | $0.00 | | $0.00 | FA |
| 2  Wells Fargo Checking Savings Paypal DMACC Account | $15.00 | $15.00 | | $0.00 | FA |
| 3  Rental Dep | $768.00 | $0.00 | | $0.00 | FA |
| 4  Goods Furnishings | $2,400.00 | $0.00 | | $0.00 | FA |
| 5  Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6  Wedding Ring | $100.00 | $0.00 | | $0.00 | FA |
| 7  Digital Camera, X-Box Video Game | $450.00 | $450.00 | | $0.00 | FA |
| 8  Term Life- Erna | $0.00 | $0.00 | | $0.00 | FA |
| 9  Term Life on Kids | $0.00 | $0.00 | | $0.00 | FA |
| 10 IRA- Johnson | $500.00 | $0.00 | | $0.00 | FA |
| 11 Accrued Wages- Johnson | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 Accrued Wages- Erna | $500.00 | $0.00 | | $0.00 | FA |
| 13 2008 Honda Pilot 65,000 mi Jointly Titled Claiming both auto exemptions and wild card exemption Exempting $15,000 Note- Debtors have a family loan on this vehicle but it was not perfected | $16,542.00 | $1,395.00 | | $1,395.00 | FA |
| 14 2004 Chev Cavalier 124,000 Mi Titled in Erna Claiming Wild Card for this | $1,463.00 | $605.00 | | $605.00 | FA |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

$123,938.00    $2,465.00        $2,000.00        $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| **Case No.:** | 12-00751 | | | **Trustee Name:** | Donald F. Neiman |
| **Case Name:** | YANG, JOHNSON AND YANG, ERNA | | | **Date Filed (f) or Converted (c):** | 03/15/2012 (f) |
| **For the Period Ending:** | 5/25/2013 | | | **§341(a) Meeting Date:** | 04/05/2012 |
| | | | | **Claims Bar Date:** | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2012    **Current Projected Date Of Final Report (TFR):** 12/31/2013

/s/ DONALD F. NEIMAN
DONALD F. NEIMAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1  Exhibit B

| Case No. | 12-00751 | | | Trustee Name: | Donald F. Neiman |
|---|---|---|---|---|---|
| Case Name: | YANG, JOHNSON AND YANG, ERNA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9219 | | | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | ******9220 | | | Account Title: | |
| For Period Beginning: | 3/15/2012 | | | Blanket bond (per case limit): | $3,000.00 |
| For Period Ending: | 5/25/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2012 | (13) | Erna Yang | Payment on 2008 Honda Pilot | 1110-000 | $1,000.00 | | $1,000.00 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.14 | $998.86 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.61 | $997.25 |
| 07/11/2012 | (13) | Erna Yang | Payment on 2008 Honda Pilot | 1129-000 | $350.00 | | $1,347.25 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.90 | $1,345.35 |
| 08/28/2012 | | Erna Yang | Partial payment for Chevy Cavalier and final payment for the Honda | * | $250.00 | | $1,595.35 |
| | {13} | | 2008 Honda Pilot final payment   $45.00 | 1129-000 | | | $1,595.35 |
| | {14} | | 2004 Chev Cavalier partial payment   $205.00 | 1129-000 | | | $1,595.35 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.45 | $1,592.90 |
| 09/24/2012 | (14) | Erna Yang | 200r Chev Cavalier Partial payment | 1129-000 | $200.00 | | $1,792.90 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.30 | $1,790.60 |
| 10/29/2012 | (14) | Erna Yang | 2004 Chevy Cavalier Partial Payment | 1129-000 | $200.00 | | $1,990.60 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $1,987.69 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.31 | $1,984.38 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.99 | $1,981.39 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.19 | $1,978.20 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.88 | $1,975.32 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.18 | $1,972.14 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.07 | $1,969.07 |

**SUBTOTALS**   $2,000.00   $30.93

**FORM 2**

Page No: 2         Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-00751 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | YANG, JOHNSON AND YANG, ERNA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9219 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | ******9220 | Account Title: | |
| For Period Beginning: | 3/15/2012 | Blanket bond (per case limit): | $3,000.00 |
| For Period Ending: | 5/25/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $2,000.00 | $30.93 | $1,969.07 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $2,000.00 | $30.93 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $2,000.00 | $30.93 |  |

| For the period of 3/15/2012 to 5/25/2013 | | For the entire history of the account between 05/09/2012 to 5/25/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.00 | Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 | Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30.93 | Total Compensable Disbursements: | $30.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.93 | Total Comp/Non Comp Disbursements: | $30.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit B

| Case No. | 12-00751 | Trustee Name: | Donald F. Neiman |
|---|---|---|---|
| Case Name: | YANG, JOHNSON AND YANG, ERNA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9219 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | ******9220 | Account Title: | |
| For Period Beginning: | 3/15/2012 | Blanket bond (per case limit): | $3,000.00 |
| For Period Ending: | 5/25/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,000.00 | $30.93 | $1,969.07 |

**For the period of 3/15/2012 to 5/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/15/2012 to 5/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DONALD F. NEIMAN

DONALD F. NEIMAN

CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No.: | 12-00751 | | | | | Trustee Name: | Donald F. Neiman |
| Case Name: | YANG, JOHNSON AND YANG, ERNA | | | | | Date: | 5/25/2013 |
| Claims Bar Date: | 10/15/2012 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DONALD F. NEIMAN  801 Grand Ave., Ste. 3700  Des Moines IA 50309800 | 05/25/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Claim Notes:** | Trustee Compensation | | | | | | | | | | | |
| | DONALD F. NEIMAN  801 Grand Ave., Ste. 3700  Des Moines IA 50309800 | 05/25/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $196.01 | $196.01 | $0.00 | $0.00 | $0.00 | $196.01 |
| **Claim Notes:** | Trustee Expenses | | | | | | | | | | | |
| 1 | TARGET  American InfoSource LP, agent  PO Box 248866  Oklahoma City OK 731248866 | 07/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $326.18 | $326.18 | $0.00 | $0.00 | $0.00 | $326.18 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |
| 2 | AMAZON.COM CONSUMER/GEMB  Midland Funding LLC  Recoser, LLC, agent  25 SE 2nd Ave., Ste. 1120  Miami FL 331311605 | 07/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $218.53 | $218.53 | $0.00 | $0.00 | $0.00 | $218.53 |
| **Claim Notes:** | Allow as unsecured revolving credit | | | | | | | | | | | |
| 3 | DISCOVER BANK  DB Servicing Corporation  PO Box 3025  New Albany OH 430543025 | 07/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,809.76 | $2,809.76 | $0.00 | $0.00 | $0.00 | $2,809.76 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |
| 4 | PAYPAL SMART CONNECT/GEMB  Midland Funding LLC  Recoser, LLC, agent  25 SE 2nd Ave., Ste. 1120  Miami FL 331311605 | 07/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $411.21 | $411.21 | $0.00 | $0.00 | $0.00 | $411.21 |
| **Claim Notes:** | Allow as unsecured revolving credit | | | | | | | | | | | |

| Case No.: | 12-00751 | | | | | | | Trustee Name: | Donald F. Neiman |
| Case Name: | YANG, JOHNSON AND YANG, ERNA | | | | | | | Date: | 5/25/2013 |
| Claims Bar Date: | 10/15/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | PAYPAL EXTRAS MASTERCARD/GEMB  Midland Funding LLC  Recoser, LLC, agent  25 SE 2nd Ave., Ste. 1120  Miami FL 331311605 | 07/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,923.36 | $1,923.36 | $0.00 | $0.00 | $0.00 | $1,923.36 |
| **Claim Notes:** | Allow as unsecured revolving credit | | | | | | | | | | | |
| 6 | WOLFE EYE CLINIC  309 E Church Street  Marshalltown IA 50158 | 07/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $280.00 | $280.00 | $0.00 | $0.00 | $0.00 | $280.00 |
| **Claim Notes:** | Allow as unsecured medical bill | | | | | | | | | | | |
| 7 | AMERICAN EXPRESS BANK, FSB  c/o Becket and Lee LLP  PO Box 3001  Malvern PA 193550701 | 08/03/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,567.55 | $3,567.55 | $0.00 | $0.00 | $0.00 | $3,567.55 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |
| 8 | AMERICAN EXPRESS BANK, FSB  c/o Becket and Lee LLP  PO Box 3001  Malvern PA 193550701 | 08/03/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,956.26 | $2,956.26 | $0.00 | $0.00 | $0.00 | $2,956.26 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |
| 9 | CAPITAL ONE BANK (USA), N.A.  American InfoSource, agent  PO Box 71083  Charlotte NC 282721083 | 08/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,899.49 | $5,899.49 | $0.00 | $0.00 | $0.00 | $5,899.49 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |

| Case No.: | 12-00751 | | | | | | | Trustee Name: | | Donald F. Neiman |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | YANG, JOHNSON AND YANG, ERNA | | | | | | | Date: | | 5/25/2013 |
| Claims Bar Date: | 10/15/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | BANK OF AMERICA/MBNA AMERICA BANK<br>FIA Card Services, N.A.<br>PO Box 15102<br>Wilmington DE 198865102 | 08/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,819.01 | $3,819.01 | $0.00 | $0.00 | $0.00 | $3,819.01 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |
| 11 | BANK OF AMERICA/MBNA AMERICA BANK<br>FIA Card Services, N.A.<br>PO Box 15102<br>Wilmington DE 198865102 | 08/07/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,971.43 | $3,971.43 | $0.00 | $0.00 | $0.00 | $3,971.43 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |
| 12 | US DEPARTMENT OF EDUCATION<br>Payment Center<br>PO Box 530260<br>Atlanta GA 303530260 | 08/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,116.61 | $25,116.61 | $0.00 | $0.00 | $0.00 | $25,116.61 |
| **Claim Notes:** | Allow as unsecured student loan | | | | | | | | | | | |
| 13 | CITIBANK<br>PYOD, LLC, assignee<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,661.26 | $1,661.26 | $0.00 | $0.00 | $0.00 | $1,661.26 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |
| 14 | CITIBANK/SEARS<br>PYOD, LLC, assignee<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,028.04 | $3,028.04 | $0.00 | $0.00 | $0.00 | $3,028.04 |
| **Claim Notes:** | Allow as unsecured credit card | | | | | | | | | | | |

| Case No. | 12-00751 | | | | | | | Trustee Name: | Donald F. Neiman |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | YANG, JOHNSON AND YANG, ERNA | | | | | | | Date: | 5/25/2013 |
| Claims Bar Date: | 10/15/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CITIBANK<br><br>PYOD, LLC, assignee<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,046.67 | $2,046.67 | $0.00 | $0.00 | $0.00 | $2,046.67 |

**Claim Notes:** Allow as unsecured credit card

| 16 | US BANK N.A.<br><br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati OH 452015229 | 08/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,776.61 | $4,776.61 | $0.00 | $0.00 | $0.00 | $4,776.61 |

**Claim Notes:** Allow as unsecured credit card

| 17 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 193550701 | 09/04/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,120.78 | $1,120.78 | $0.00 | $0.00 | $0.00 | $1,120.78 |

**Claim Notes:** Allow as unsecured credit card

|  |  |  |  |  |  |  | $64,628.76 | $64,628.76 | $0.00 | $0.00 | $0.00 | $64,628.76 |

CLAIM ANALYSIS REPORT

Page No: 5    Exhibit C

| Case No. | 12-00751 | Trustee Name: | Donald F. Neiman |
| Case Name: | YANG, JOHNSON AND YANG, ERNA | Date: | 5/25/2013 |
| Claims Bar Date: | 10/15/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $63,932.75 | $63,932.75 | $0.00 | $0.00 | $0.00 | $63,932.75 |
| Trustee Compensation | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Trustee Expenses | $196.01 | $196.01 | $0.00 | $0.00 | $0.00 | $196.01 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      12-00751
Case Name:     JOHNSON YANG
               ERNA YANG
Trustee Name:  Donald F. Neiman

|  |  |
|---|---:|
| Balance on hand: | $1,969.07 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,969.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Donald F. Neiman, Trustee Fees | $500.00 | $0.00 | $500.00 |
| Donald F. Neiman, Trustee Expenses | $196.01 | $0.00 | $196.01 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $696.01 |
| Remaining balance: | $1,273.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,273.06 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,273.06 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,932.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Target | $326.18 | $0.00 | $6.49 |
| 2 | Amazon.com Consumer/GEMB | $218.53 | $0.00 | $4.35 |
| 3 | Discover Bank | $2,809.76 | $0.00 | $55.95 |
| 4 | Paypal Smart Connect/GEMB | $411.21 | $0.00 | $8.19 |
| 5 | Paypal Extras Mastercard/GEMB | $1,923.36 | $0.00 | $38.30 |
| 6 | Wolfe Eye Clinic | $280.00 | $0.00 | $5.58 |
| 7 | American Express Bank, FSB | $3,567.55 | $0.00 | $71.04 |
| 8 | American Express Bank, FSB | $2,956.26 | $0.00 | $58.87 |
| 9 | Capital One Bank (USA), N.A. | $5,899.49 | $0.00 | $117.47 |
| 10 | Bank of America/MBNA America Bank | $3,819.01 | $0.00 | $76.05 |
| 11 | Bank of America/MBNA America Bank | $3,971.43 | $0.00 | $79.08 |
| 12 | US Department of Education | $25,116.61 | $0.00 | $500.13 |
| 13 | Citibank | $1,661.26 | $0.00 | $33.08 |
| 14 | Citibank/Sears | $3,028.04 | $0.00 | $60.30 |
| 15 | Citibank | $2,046.67 | $0.00 | $40.75 |
| 16 | US Bank N.A. | $4,776.61 | $0.00 | $95.11 |
| 17 | American Express Centurion Bank | $1,120.78 | $0.00 | $22.32 |

Total to be paid to timely general unsecured claims:     $1,273.06
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00

**UST Form 101-7-TFR (5/1/2011)**

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**